United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CERTAIN UNDERWRITERS AT
LLOYD'S,

        Plaintiff,

    v.

THE ESTATE OF LAWRENCE J.
FICARRA et al.,

        Defendants.
                                        /

No. C 06-02578 CRB

**ORDER**

    For the reasons stated by the Court at the hearing held today, November 17, 2006, the
Court hereby declines to exercise its discretionary jurisdiction over this action for declaratory
relief.  See Wilton v. Seven Falls Co., 515 U.S. 277, 288-90 (1994) (citing 28 U.S.C. §
2201(a)); United Nat'l Ins. Co v. R&D Latex Corp., 242 F.3d 1102, 1113-15 (9th Cir. 2001).
The case is hereby DISMISSED with prejudice.

    **IT IS SO ORDERED.**

Dated:  November 17, 2006

                                        _____
                                        CHARLES  R. BREYER
                                        UNITED STATES DISTRICT JUDGE